**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**ANTHONY M. HYNES** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 3:18-cv-235-HTW-LRA**

**WENDY'S D/B/A WENDELTA, INC.**
**AND CARLISLE, LLC** **DEFENDANT**

**AGREED ORDER SUBSTITUTING DEFENDANT'S NAME AND**
**AMENDING STYLE OF CASE TO REFLECT DEFENDANT'S CORRECT NAME**

This cause came on for hearing on the parties' unopposed motion to substitute "Wendelta, Inc. d/b/a Wendy's" for "Wendy's d/b/a Wendelta, Inc. and Carlisle, LLC" as party-defendant. The Court, having considered the matter and been sufficiently apprised of the circumstances, finds that Defendant "Wendy's d/b/a Wendelta, Inc. and Carlisle, LLC" is not the proper party to this action, but rather "Wendelta, Inc. d/b/a Wendy's" is the proper party-defendant.

IT IS, THEREFORE, ORDERED that:

1. "Wendelta, Inc. d/b/a Wendy's" shall be substituted for Defendant "Wendy's d/b/a Wendelta, Inc. and Carlisle, LLC;" and
2. The style of the case shall be amended to reflect the substitution of "Wendelta, Inc. d/b/a Wendy's" The style of this action shall therefore be amended to read "*Anthony M. Hynes v. Wendelta, Inc. d/b/a Wendy's,*" and all future pleadings shall bear this amended caption.

SO ORDERED AND ADJUDGED, this the 25th day of May, 2018.

S/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE

AGREED TO:

*/s/Louis H. Watson, Jr.*
Louis H. Watson, Jr., Esq.
WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, Mississippi 39216-4972
(601) 968-0000/Telephone
(601) 968-0010/Facsimile
louis@watsonnorris.com

ATTORNEY FOR PLAINTIFF

*/s/Timothy M. Threadgill*
Timothy M. Threadgill, Esq.
BUTLER SNOW LLP
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: (601) 948-5711
Fax: (601) 985-4500
tim.threadgill@butlersnow.com

ATTORNEY FOR DEFENDANT
WENDELTA, INC. D/B/A WENDY'S

42014511v1